UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Case No. 1:21-cv-1420

JAMES FORTUNE,

        Plaintiff,

vs.

MEDIANEWS GROUP, INC.

        Defendant.

## COMPLAINT

Plaintiff James Fortune ("Plaintiff") by and through his undersigned counsel, as and for his Complaint against MediaNews Group, Inc. ("Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction, distribution and public display of a copyrighted photograph of celebrity Linda Ronstadt, owned and registered by Plaintiff, a Virginia-based professional photographer. Accordingly, Plaintiff seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2.     This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3.     This Court has personal jurisdiction over Defendant because Defendant maintains its principal headquarters in Colorado and transacts continuous and systematic business in the State of Colorado.

4.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5.     Plaintiff is a professional photographer in the business of licensing his work for a fee, having a usual place of business at 12420 N. Oaks Drive, Ashland, VA 23005.

6.     Upon information and belief, Defendant is a corporation organized under the laws of the state of Delaware with principal headquarters at 101 West Colfax Ave. Ste. 1100, Denver, Colorado 80202.

7.     At all times material hereto, Defendant has owned and operated a website at the URL: www.ocregister.com  (the "Website").

## STATEMENT OF FACTS

**A.     Background and Plaintiff's Ownership of the Photograph**

8.     Plaintiff created a photograph of celebrity Linda Ronstadt (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

9.     Plaintiff is the author of the Photograph and has at all times been the sole owner of all rights, title and interest in and to the Photograph, including the copyright thereto.

10.     The Photograph was registered with the U.S. Copyright Office and was given Copyright Registration Number VA 2-101-975, with effective date of May 9, 2018 (the "975 Registration"). A true and correct copy of the 975 Registration certificate is attached hereto as Exhibit B.

11.     On or about May 25, 2021, Plaintiff, via his attorney, submitted an application to the Copyright Office to obtain official deposit copies relating to the Photograph.  Attached hereto as Exhibit C is a sworn declaration of undersigned counsel.

**B.     Defendant's Infringing Activities**

12.     On or about September 29, 2018, Defendant re-published the Photograph on the Website at URL, https://www.ocregister.com/2018/09/29/linda-ronstadt-can-no-longer-sing-but-the-legendary-vocalist-still-has-plenty-to-say/.  True and correct copies of screenshots of the Website showing the allegedly infringing use is attached hereto as Exhibit D.

13.     Defendant did not license the Photograph from Plaintiff for use on its Website, nor did Defendant have Plaintiff's permission or consent to reproduce, distribute or publicly display the Photograph on its Website.

**CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT)**
**(17 U.S.C. §§ 106, 501)**

14.     Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-13 above.

15.     Defendant infringed Plaintiff's copyright in the Photograph by reproducing, distributing and publicly displaying the Photograph on the Infringing Article.

16. Defendant is not, and has never been, licensed or otherwise authorized to reproduce, publicly display, distribute and/or use the Photograph.

17. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright law in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

18. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright law, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(c) for the infringement.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant be adjudged to have infringed upon Plaintiff's copyright in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. That Plaintiff be awarded statutory damages pursuant to 17 U.S.C. § 504(c);

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded his reasonable attorneys' fees and costs under 17 U.S.C. § 505;

5. That Plaintiff be awarded pre-judgment interest; and

6. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: New Rochelle, New York
       May 25, 2021

LIEBOWITZ LAW FIRM, PLLC

By: /s/jameshfreeman/
James H. Freeman
1333A North Ave., Ste. 762
New Rochelle, New York 10802
Tel: (516) 233-1660
JF@LiebowitzLawFirm.com

*Attorney for James Fortune*
